IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CIVIL ACTION NO. 0:14-cv-62846-WPD

JOSEPH L. JEAN,

   **Plaintiff,**

v.

ONEWEST BANK, N.A. AKA
ONEWEST BANK, FSB AND JOHN
AND JANE DOES,
   **Defendants.**
_____/

### DEFENDANT ONEWEST BANK N.A.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT

Defendant OneWest Bank N.A. ("OneWest") submits this Notice of Supplemental Authority in Support of Motion to Dismiss Amended Complaint, stating:

1. OneWest filed a Motion to Dismiss Plaintiff Joseph L. Jean's ("Jean") Amended Complaint on February 12, 2015. (D.E. 20.) Jean thereafter filed a Response in Opposition. (D.E. 21.) Jean's Response included procedural arguments based on state court decisions applying the Florida Rules of Civil Procedure. (*See* D.E. 21 at 2-6 and cases cited therein.)

2. In its Reply in Support of Motion to Dismiss Amended Complaint, OneWest pointed out that federal law governs procedural issues — such as the question of what documents the Court should consider on a motion to dismiss, or the applicable pleading standards. (D.E. 22 at 1-2.) For authority, OneWest cited to the Rules Enabling Act as well as a recent Eleventh Circuit case, *Palm Beach Golf Ctr.-Boca, Inc. v. John G. Sarris, D.D.S., P.A.*, 771 F.3d 1274, 1289 (11th Cir. 2014). OneWest's Reply was filed on March 3, 2015.

3. Thereafter, on March 9, 2015, the U.S. Court of Appeals for the Eleventh Circuit vacated and substituted its opinion in *Palm Beach* after reconsideration *sua sponte*. *See Palm*

*Beach Golf Ctr.-Boca, Inc. v. John G. Sarris, D.D.S., P.A.*, --- F.3d ---, No. 13-14013, 2015 WL 1004234, at *1 (11th Cir. March 9, 2015). A copy of the case is attached as "Exhibit 1."

    4.    The portion of the *Palm Beach* opinion cited by OneWest was not changed in any substantive way, and, in fact, appears to be copied into the new opinion verbatim. *Compare Palm Beach Golf Ctr.-Boca,* 2015 WL 1004234, at *9-11 *with Palm Beach Golf Ctr.-Boca,* 771 F.3d at 1288-90. While the holding applicable to OneWest's motion has not changed, OneWest is filing this Notice to advise the Court of the *Palm Beach* case's subsequent history and to provide the Court with an updated citation to the new opinion.

Dated:  March 17th, 2015                            Respectfully Submitted,

                                            */s Joshua H. Threadcraft*
Joshua H. Threadcraft (FL Bar No.  96153)
Joshua.Threadcraft@burr.com
BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone:    205-251-3000
Facsimile:    205-413-8701
*ATTORNEY FOR DEFENDANT ONEWEST BANK, N.A.*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 17th day of March, 2015, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to the following:

Jeff Moussignac
Langston Legal Group, P.A.
401 East Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
Phone: 954-369-5500
Fax: 954-919-9791
jeff@langstonlegal.com

                                            */s Joshua H. Threadcraft*
                                            Joshua H. Threadcraft (96153)

23100220 v1